# UNITED STATES DISTRICT COURT

**ROBERT C. HEINEMANN**
CLERK
**JAMES GIOKAS**
CHIEF DEPUTY

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐ **BROOKLYN OFFICE**
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ **LONG ISLAND OFFICE**
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK
11722-4438

Clerk of Court
U.S. District Court - Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

Re: Jackson v. City of NY et. al
EDNY Case Number: 07-cv-519 (ILG)
Date: July 11, 2007

Pursuant to the order of Judge Ramon E. Reyes transferring this action to your court, the following documents are herewith enclosed:

     X    Certified copy of order of transfer

     X    Certified copy of docket sheet

     X    Entire File

     _____    Other

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: _Alvin Chee_____
(718) 613-2624
Deputy Clerk

Enc.

