UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK
-------------------------------------------------------------------x

MAZIE JACKSON,

      Plaintiff,

   -against-

THE CITY OF NEW YORK and GEORGE TEN-POW

      Defendants.

-------------------------------------------------------------------x

**ORDER**
07CV6375 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

**Hon. HAROLD BAER, JR., District Judge:**

  WHEREAS, this Court, upon consideration of the papers submitted and oral argument from counsel for all parties, hereby dismisses, with prejudice, all claims and any and all cross claims filed against the defendant THE CITY OF NEW YORK in the above-captioned matter based upon its finding, as a matter of law, that the City cannot be held liable pursuant to section 7-210 of the New York City Administrative Code; and

  WHEREAS, the remaining parties to the action are PLAINTIFF JACKSON, a resident of New York and DEFENDANT TEN-POW, a resident of Florida, and the matter in controversy exceeds $75,000, exclusive of interest and costs, it is hereby

  ORDERED that this Court finds that it has diversity jurisdiction pursuant to 28 U.S.C. § 1332; and it is further

  ORDERED that the remaining parties will appear for a Pre-Trial Conference on January 3, 2008 at 3:00p.m. and will prepare a Pre-Trial Scheduling Order for that meeting.

December 12, 2007

                _____
                Harold Baer, Jr.
                United States District Judge