UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

Jackson

      Plaintiff(s),

- against -

City of New York et al. Defendant(s).

------------------------------------- x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 6375 (HB)(DF)

IT IS HEREBY STIPULATED by the undersigned:

  1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

  2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

William J. Rita
By: Pushpa L. Pujalina
Attorney(s) for Plaintiff(s)
Address 291 Broadway, Ste. 1006
    NY, NY 10007
Telephone (212) 766-1001

Maurice Dean Williams
Attorney(s) for Defendant(s)
Address 3101 Eastchester Road
    Bronx NY 10469
Telephone 718 785 4167

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b))

SO ORDERED

_____
      U.S.D.J.

Magistrate Judge ___Freeman___ was assigned this case on 1/3/08.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

IH-30