UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MAZIE JACKSON

                         Plaintiff,

-against-

GEORGE TEN-POW

                         Defendant.
---------------------------------------------------------X

ECF CASE

Case No. 07CV6375

STIPULATION
DISCONTINUING ACTION
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to defendant, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation is to be accepted as an original.

Dated: New York, New York
       March 6, 2008

LAW OFFICE OF WILLIAM J. RITA

By: William J. Rita, Esq.
Attorneys for Plaintiff
MAZIE JACKSON
291 Broadway, Suite 1006
New York, New York 10007
(212) 766-1001

LAW OFFICE OF MAURICE DEAN WILLIAMS

By: Maurice Dean Williams, Esq.
Attorneys for Defendant
GEORGE TEN-POW
3101 Eastchester Road
Bronx, New York 10469
(718) 785-4167

SO ORDERED:   DATE: 3/19/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE